IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01265-M-KS

| | |
|---|---|
| LYNN TAMIA LASTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SAMPSON COUNTY CHILD SUPPORT ) | |
| ENFORCEMENT AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

This matter comes before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis [DE 2]. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Kimberly A. Swank issued a memorandum and recommendation ("M&R"), recommending that this court dismiss Plaintiff's complaint for the court's lack of subject-matter jurisdiction DE 6. Judge Swank instructed the Plaintiff to file any written objections to the recommendation within seventeen days after service of the M&R, or October 20, 2025. *Id.* No objections have been filed. The matter is now ripe for consideration by this court.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for the court's lack of subject-matter jurisdiction. The Clerk of Court is directed to close this case.

SO ORDERED this 6th day of November, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE