UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LYNN TAMIA LASTER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) | **JUDGMENT** <br> **CASE NO. 7:25-CV-1265-M** |
| SAMPSON COUNTY CHILD SUPPORT ENFORCEMENT AGENCY, ROY DEVANE, JR., KAITE LANE, PATTY SANTOS, KRISTIN ANDREWS BUCKNER; | ) ) ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiffs complaint is DISMISSED WITHOUT PREJUDICE for the court's lack of subject-matter jurisdiction. The Clerk of Court is directed to close this case.

This Judgment filed and entered on November 7, 2025, and copies to:
Lynn Tamia Laster (via US Mail to 483 Thrasher Ct., Wilmington, NC 28403)

November 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk